# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00464-CV

**CTCHGC, LLC d/b/a Central Texas Gun Works; Centex Guns; CTGW; and Michael D. Cargill, Appellants**

**v.**

**Prosperity Bank, Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-006997, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On September 12, 2024, this Court abated this appeal after Appellant CTCHGC, LLC d/b/a Central Texas Gun Works filed a suggestion of bankruptcy. The parties have now filed an agreed motion to dismiss the appeal with prejudice because the bankruptcy case has been dismissed, and the parties have resolved their disputes. We reinstate the appeal, grant the agreed motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed on Agreed Motion

Filed: October 17, 2025